# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Plaintiff** |
| **V.** | **Court No. 3:08-CR-115-DCB-JCS-1** |
| **Arlesia Chantaye Brinson** | **Defendant** |
| **And** | |
| **Xerox Commercial Solutions, LLC** | **Garnishee** |

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion [#46] of the United States Attorney to quash the Writ of Garnishment issued in this action on the grounds that the Defendant is no longer employed by Garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on June 14, 2016, [#44] be and it is hereby quashed, and the garnishee, Xerox Commercial Solutions, LLC, is hereby dismissed.

ORDERED AND ADJUDGED this  23rd  day of  August  , 2016.

s/David Bramlette
HONORABLE DAVID BRAMLETTTE, III
SR. UNITED STATES DISTRICT JUDGE